# UNITED STATES DISTRICT COURT

_____ DISTRICT OF NEW JERSEY_____

REBECCA ANN ABRAHAMS,

                         Plaintiff,

                  v.

LEGENDS DINER,

                  Defendants.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

Case Number: 09-3020(FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED,  and

  ☑ The Clerk is directed to file the complaint, and

  ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal
    serve a copy of the complaint, summons and this order upon the  defendant(s) as directed by
    the plaintiff.  All costs of  service shall  be advanced by the United States.

☐ DENIED, for the following reasons:

  _____

  _____

  ☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this ___27th___ day of ___October___ , 2009

_____
**Signature of Judicial Officer**

Hon. Faith S. Hochberg, U.S.D.J.
**Name and Title of Judicial Officer**